| | | |
|---|---|---|
| ROMEL FELIPE CAMPOVERDE CHACON, *Petitioner* | § § § § | |
| | § | Case No.  SA-25-CA-01764-XR |
| v. | § § | |
| PAMELA BONDI *et al.*; *Respondents* | § § § § | |

## **FINAL JUDGMENT**

This action was considered by the Honorable Xavier Rodriguez, and the following Judgment is rendered. It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that:

Petitioner Romel Felipe Campoverde Chacon's petition for writ of habeas corpus is **GRANTED** for the reasons set forth in the Court's Order dated January 5, 2026. Petitioner shall be released from detention in accordance with that Order.

It is so **ORDERED**.

**SIGNED** this 5th day of January, 2026.

_____

XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE